IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| INFORMATION PROTECTION AND AUTHENTICATION OF WEST VIRGINIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MCAFEE, INC.,<br><br>Defendant. | CIVIL ACTION NO. 5:09-cv-05421-PVT |

**FILED**

FEB 0 4 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## <u>JOINT MOTION TO DISMISS</u>

WHEREAS, Plaintiff Information Protection and Authentication of West Virginia, LLC ("IPAW") and Defendant McAfee, Inc. ("McAfee") have settled IPAW's claims for relief against McAfee and McAfee's counterclaims for relief against IPAW asserted in this case.

NOW, THEREFORE, IPAW and McAfee, through their attorneys of record, request this Court to dismiss IPAW's claims for relief against McAfee and McAfee's counterclaims for relief against IPAW, with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Date: February 3, 2010

Respectfully submitted,

*Special Counsel:*
William M. Audet
Audet & Partners, LLP.
221 Main Street, Suite 1460
San Francisco, California 94105
Phone: 415.568.2555
Fax:    415.568.2556
Email: waudet@audetlaw.com

*Of Counsel*:
W. Lewis Garrison, Jr.
Timothy C. Davis
Douglas L. Bridges
**HENINGER GARRISON DAVIS, LLC**
2224 1st Avenue North
Birmingham, Alabama 35203
Telephone: (205) 326-3336
Facsimile: (205) 326-3332
wlgarrison@hgdlawfirm.com
tim@hgdlawfirm.com
dbridges@hgdlawfirm.com

John F. Ward
John W. Olivo, Jr.
David M. Hill
**WARD & OLIVO**
380 Madison Avenue
New York, New York 10017
Telephone: (212) 697-6262
Facsimile: (212) 972-5866
wardj@wardolivo.com
olivoj@wardolivo.com
hilld@wardolivo.com

**ATTORNEYS FOR PLAINTIFF,
INFORMATION PROTECTION AND
AUTHENTICATION OF WEST
VIRGINIA, LLC**

By: */s/ Danny L. Williams*
Danny L. Williams
Lead Counsel
Texas State Bar No. 21518050
danny@wmalaw.com
WILLIAMS, MORGAN & AMERSON,
P.C.
10333 Richmond Avenue, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-7000
Fax: (713) 934-7011

**ATTORNEY FOR DEFENDANT,
MCAFEE, INC.**